CREARY et al. v. WEFEL.

(Circuit Court of Appeals, Fifth Circuit. February 15, 1905.)

No. 1,423.

ERROR—REVIEW. .

Where it is determined by the appellate court, on an assignment of error presenting the question, that the evidence, which is all in the record, not only warranted but required the verdict that was rendered, further assignments of error relating to the giving and refusal of instructions become immaterial, and will not be considered.

[Ed. Note.—For cases in point, see vol. 3, Cent. Dig. Appeal and Error, §§ 4035–4036.]

In Error to the Circuit Court of the United States for the Northern District of Florida.

W. A. Blount and A. C. Blount, for plaintiffs in error.

Wm. C. Fitts and Richard W. Stoutz, for defendant in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The plaintiff in error brought to this court, duly incorporated in a bill of exceptions, all of the evidence adduced on the trial in the court below, and, as his first assignment of error in this court, insists that the court below erred in refusing peremptory instruction to the jury to find thereon a verdict in his favor. A full examination and consideration of this evidence in the light of the pleadings has satisfied a majority of the judges that the evidence warranted and required a verdict in favor of the defendant in error, and that the same as rendered does substantial justice between the parties. It follows that the first assignment of error is not well taken, and that the other assignments, all relating to charges given and refused, need not be, and they are not, considered.

The judgment of the Circuit Court is affirmed.